IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **HOLLY HULSEY** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:23cv477-JCB-JDL** |
| | § | |
| **CREDIT SYSTEMS** | § | |
| **INTERNATIONAL, INC. , ET AL.** | § | |

## ORDER

Before the Court is the Notice of Settlement (Doc. 22) indicating that the parties to the above captioned case have resolved their disputes. Once a settlement is reached, the Court requires the parties to submit closing documents shortly thereafter. To the extent there are any deadlines related to this defendant they are hereby vacated. Accordingly, the Court **ORDERS** Plaintiff Holly Hulsey and Defendant Equifax Information Services, LLC to submit closing documents no later than **February 14, 2024.**

**So ORDERED and SIGNED this 14th day of December, 2023.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE