# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISON

| | |
|---|---|
| HOLLY HULSEY, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No: 6:23-cv-477-JCB-JDL |
| CREDIT SYSTEMS INTERNATIONAL, INC. ET AL | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO STAY ALL DEADLINES AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND NOTICE OF SETTLEMENT

COMES NOW, Plaintiff Holly Hulsey, by and through the undersigned counsel, and states the following for their Motion to Stay All Deadlines as to Defendant Experian Information Solutions, Inc. and Notice of Settlement.

1. Plaintiff and Defendant Experian Information Solutions, Inc. have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

2. The parties expect to file a notice of voluntary dismissal with prejudice within the next 30 days as part of that settlement.

3. The parties request a stay of 30 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 30 days in which to file a notice of voluntary dismissal as to Experian Information Solutions, Inc., along with any other relief the Court deems just and proper.

Dated: January 15, 2024

                                                  Respectfully Submitted,

                                                  **HALVORSEN KLOTE**

                              By:     <u>/s/ Joel Halvorsen</u>

                                                  Joel S. Halvorsen, #67032
                                                  680 Craig Road, Suite 104
                                                  St. Louis, MO  63141
                                                  P: (314) 451-1314
                                                  F: (314) 787-4323
                                                  joel@hklawstl.com
                                                  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, Joel Halvorsen, hereby certify that on this Monday, January 15, 2024 a copy of the foregoing document has been sent to all counsel of record via this Court's CM/ECF filing system.

                                          /s/ Joel Halvorsen