**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **HOLLY HULSEY,** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 6:23-CV-00477-JCB** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MIDLAND FUNDING, LLC, EQUIFAX** | § | |
| **INFORMATION SERVICES, LLC,** | § | |
| **EXPERIAN INFORMATION** | § | |
| **SOLUTIONS, INC., TRANS UNION,** | § | |
| **LLC,** | | |
| | | |
| **Defendants.** | | |

**ORDER**

Before the court is Plaintiff's and Defendant Experian Information Solutions, Inc.'s notice of settlement in principle and request to stay deadlines (Doc. No. 26). Once a settlement is reached, the court requires the parties to submit closing documents shortly thereafter. Accordingly, the deadlines in this matter with respect to Plaintiff's claims against Defendant Experian Information Solutions, Inc. are **STAYED** pending final resolution of the settlement agreement and the court **ORDERS** the parties to submit closing documents no later than **February 15, 2024.**

**So ORDERED and SIGNED this 16th day of January, 2024.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE