UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00477

**Holly Hulsey,**
*Plaintiff,*

v.

**Credit Systems International, Inc., et al.,**
*Defendants.*

# ORDER

On January 30, 2024, plaintiff filed a document purporting to be a notice of voluntary dismissal of Midland Funding, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Doc. 29. However, that document was not filed "before the opposing party serve[d] either an answer or a motion for summary judgment" and therefore does not comply with the rule. The court construes that document as a motion made under Rule 41(a)(2).

The court finds the terms of dismissal proper. There are no counterclaims or crossclaims that prevent dismissal. Moreover, Midland Funding, LLC filed a notice that it does not oppose plaintiff's "notice of voluntary dismissal." Doc. 30. Therefore, the court grants the motion. Midland Funding, LLC is dismissed from this case with prejudice.

*So ordered by the court on February 23, 2024.*

J. CAMPBELL BARKER
United States District Judge