UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00477

**Holly Hulsey,**
*Plaintiff,*

v.

**Credit Systems International, Inc., et al.,**
*Defendants.*

## ORDER

On February 14 and 16, 2024, plaintiff filed documents purporting to be stipulations of dismissal with prejudice of Equifax Information Services, LLC, and Trans Union, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Docs. 35, 36. However, neither filing is "signed by all parties who have appeared" and therefore do not comply with the rule. The court construes both filings as motions made under Rule 41(a)(2).

The court finds the terms of dismissal proper. There are no counterclaims or crossclaims that prevent dismissal. Therefore, the court grants both motions. Equifax Information Services, LLC, and Trans Union, LLC, are dismissed from this case with prejudice. As no defendants remain in this suit, the clerk of the court will close this case. All pending motions are denied as moot.

*So ordered by the court on February 29, 2024.*

J. CAMPBELL BARKER
United States District Judge